**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 23 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SARAH BLEIER, on behalf of herself and all others similarly situated,

Plaintiffs,

-against-

MICHAEL HARRISON ATTORNEY AT LAW

Defendant.

Case No. 1:18-cv-01392-KAM-PK

**NOTICE OF VOLUNTARY DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice, without costs, or disbursements, or attorneys' fees to any party.

Dated:   Brooklyn, New York
         April 19, 2018

So Ordered: /s/ KAM
Kiyo A. Matsumoto
U.S. District Judge
April 19, 2018

Respectfully submitted,

By: /s/ Daniel Cohen
Daniel Cohen, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza W, 12th floor
Brooklyn, New York 11201
Phone: (646) 645-8482
Fax:   (347) 665-1545
Email: Dan@cml.legal
*Attorneys for Plaintiff*